UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU, | No. 2:23-cv-0068 KJM AC P |
| Plaintiff, | |
| v. | ORDER |
| HANIEL SHEN, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se and in forma pauperis, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

Plaintiff has filed a motion to compel discovery and a request for the production of documents. ECF No. 16. The motion is premature. Plaintiff's complaint has not been screened and no defendants have been served. Plaintiff – a three strikes litigant within the meaning of 28 U.S.C. § 1915(g) – was recently ordered to pay the filing fee in full prior to proceeding any further with this action. ECF No. 13. He has recently been granted an extension of time to do so. ECF No. 15. Discovery will not be appropriate unless and until the filing fee is paid, the complaint is screened and found to state a claim or claims for relief, defendants are served and answer, and a Discovery and Scheduling Order issues.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel discovery and request for production of documents (ECF No. 15) is DENIED as premature.

DATED: September 27, 2023

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE