UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>Plaintiff,<br><br>v.<br><br>HANIEL SHEN, et al.,<br><br>Defendants. | No. 2:23-cv-0068 KJM AC P<br><br><br><br>ORDER |

Plaintiff filed a motion for extension of time to comply with the court's order dated September 22, 2023. Good cause having been shown, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 19) is granted.

2. Plaintiff is granted until March 21, 2024 in which to pay the filing fee.

3. No additional extensions of time to pay the filing fee shall be granted in this case.

4. Failure to pay the filing fee within the time provided will result in a recommendation that this action be dismissed for failure to comply with a court order.

DATED: January 2, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1