UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HANIEL SHEN, et al.,<br><br>　　　　Defendants. | No. 2:23-cv-0068 DC AC P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. By order filed October 25, 2024, plaintiff's first amended complaint was screened and he was given the option of further amending the complaint or proceeding immediately on cognizable claims only. ECF No. 27. Plaintiff has now notified the court that he would like time to file a second amended complaint. ECF No. 28.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall have thirty days from the service of this order to file a second amended complaint as outlined in the October 25, 2024 screening order. If plaintiff fails to file a second amended complaint, the case will proceed on the first amended complaint, as screened, and it will be recommended that defendants Shen, Gonzalez, Associate Warden Johnson, Aguilar, Meeker, C. Johnson, Dunkle, Lao, and John/Jane Does 10-16 be dismissed without prejudice.

////

2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: November 13, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE