UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KOHEN DIALLO E. UHURU,

    Plaintiff,

    v.

HANIEL SHEN, et al.,

    Defendants.

No. 2:23-cv-0068 DC AC P

<u>ORDER</u>

Plaintiff, a state prisoner proceeding without counsel, seeks relief pursuant to 42 U.S.C. § 1983. By order filed April 16, 2025, plaintiff's complaint was screened, and he was given the option of amending the complaint or proceeding immediately on cognizable claims only. ECF No. 36. Plaintiff has now notified the court that he would like to amend the complaint. ECF No. 37.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall have thirty days from the service of this order to file an amended complaint as outlined in the April 16, 2025, screening order. If plaintiff fails to file an amended complaint, the case will proceed on the original complaint as screened, and it will be recommended that the following be dismissed without prejudice: (1) defendants Shen, Hood, Associate Warden Johnson, Ortiz, Cassaro, Aguilar, Meeker, C. Johnson, and Doe Defendants 1-10, (2) First, Fourth, and Fourteenth Amendment, PREA, CRIPA, RLUIPA, ADA, and any

1

California state law or regulation claims against any defendant, and (3) Eighth Amendment conditions of confinement claims against any defendant.

    2. The Clerk of the Court is directed to send plaintiff a copy of the prisoner complaint form used in this district.

DATED: April 28, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE