1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    KOHEN DIALLO E. UHURU,                    No.  2:23-cv-0068 DC AC P

12                  Plaintiff,

13         v.                                   ORDER

14    HANIEL SHEN, et al.,

15                  Defendants.

16

17          Plaintiff filed a motion for extension of time to file a third amended complaint.  Good

18    cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 39) is granted; and

20          2.  Plaintiff is granted until June 28, 2025, to file a third amended complaint.

21    DATED: May 27, 2025

22

23                                              ALLISON CLAIRE
                                                UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28